**Thomas E. BAUMGARTEN,
Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 04–7151.

United States Court of Appeals,
Federal Circuit.

May 17, 2005.

Before MICHEL, Chief Judge, DYK
and PROST, Circuit Judges.

*ORDER*

PROST, Circuit Judge.

Thomas E. Baumgarten moves to vacate
the orders of the Court of Appeals for
Veterans Claims in case 00–161 and to
remand for further proceedings consistent
with *Wilson v. Principi,* 391 F.3d 1203
(Fed.Cir.2004). The Secretary opposes.
Baumgarten replies.

Baumgarten appeals a series of orders
that granted-in-part and denied-in-part
Baumgarten's applications for attorney
fees. One of the issues is the compensa-
tion rate for a non-attorney representative.
Our decision in *Wilson* addressed that is-
sue. Thus, vacatur and remand are appro-
priate.

Accordingly,

IT IS ORDERED THAT:

(1) The motions to vacate and remand
are granted.

(2) Each side shall bear its own costs.